IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| Glenn P. Howell, ) | Civil Action No. 6:18-cv-02824-BHH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **PROOF OF SERVICE** |
| ) | |
| Covalent Chemical LLC, and ) | |
| Matthew W. Rowe, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiff, Glenn P. Howell, hereby submit this Proof of Service. As set forth in the attached Acceptance of Service, attorney Joseph O. "Josh" Smith accepted service of the Summons, Complaint, Civil Cover Sheet, and Plaintiff's Answers to Local Rule 26.01 Interrogatories on behalf of Defendant on Monday, October 22, 2018.

                                        Respectfully submitted,


                                         s/ David E. Rothstein
                                        David E. Rothstein, Fed. ID No. 6695
                                        ROTHSTEIN LAW FIRM, PA
                                        1312 Augusta Street
                                        Greenville, SC 29605
                                        (864) 232-5870 (office)
                                        (864) 241-1386 (facsimile)
                                        drothstein@rothsteinlawfirm.com

                                        Attorney for Plaintiff, Glenn P. Howell

October 26, 2018

Greenville, South Carolina.